IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 03 2014
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

THE ESTATE OF DARRIS M. MITCHELL,                                    PLAINTIFF
JAMES McMENIS, Special Administrator
AND, DARRIS M. MITCHELL, JR.

VS.                               CASE NO. 14-4028

JACINTO RAMIREZ, JR.                                                 DEFENDANTS
AND, FFP TRUCKING LLC

---

COMPLAINT

---

Comes now the Estate of Darris M. Mitchell, by and through its special administrator, James McMenis, and Darris M. Mitchell, Jr., individually and heir at law, who for this complaint do hereby state and allege the following:

1. At all pertinent times related to the accident Darris M. Mitchell was a resident of the State of Louisiana.

2. At all pertinent times to this complaint, Darris M. Mitchell, Jr., was a resident of Louisiana and a statutory beneficiary of Darris M. Mitchell, Sr.

3. At all pertinent times related to this accident, Jacinto Ramirez, Jr., and separate defendant, FFP Trucking LLC, were residents and/or citizens of the State of Texas.

4. James McMenis is a lawyer authorized to practice law in the state of Arkansas and has been appointed Special Administrator of the Estate.

5. At all pertinent times to this complaint Jacinto Ramirez, Jr. was a resident of Hidalgo County, Texas, and listed his address as being Jacinto Ramirez, Jr., 3502 Robbie Lane, Edinburg, Texas 78542, on the traffic accident report.

6. The FFP Trucking LLC being a registered limited liability corporation in Texas in good standing, whose registered agent for service of process is Alejandro Gutierrez, 6535 N. Expressway 77, Brownsville, Texas 78520.

7. Jurisdiction and venue is proper in so much as the parties are residents of separate states and the damages in question are in excess of that which is required for diversity jurisdiction.

8. On or about February 3, 2011, at approximately 10:42 a.m. in Miller County, Arkansas, Jacinto Ramirez, Jr. was operating a tractor-semi-trailer owned by FFP Trucking LLC when it collided with the rear of the tractor-trailer driven by Darris M. Mitchell.

9. Jacinto Ramirez, Jr., was acting in the course and scope of his employment for FFP Trucking LLC. Therefore, FFP Trucking LLC should be found to be responsible for the negligence of Jacinto Ramirez, Jr.

10. Darris M. Mitchell was injured in the automobile accident which was caused by the negligence of the defendants by failing to maintain sufficient control, driving too fast for the conditions, failing to maintain proper lookout, and following too closely to the vehicle being driving by Darris M. Mitchell.

11. As a result of the negligence of the defendants, Darris M. Mitchell suffered personal injury resulting in medical expenses, past and future lost wages, pain and suffering, mental anguish, and the treatment for his injuries which contributed potentially the loss of his life.

12. Darris M. Mitchell, Jr., is a statutory beneficiary and has a claim both for his own mental anguish, but also the loss of the value of the life and companionship of his father under the Arkansas Wrongful Death Statute.

13. The damages request are in excess of that which is required for diversity jurisdiction.

## DEMAND FOR JURY TRIAL

14. Plaintiff requests a trial by jury.

WHEREFORE, premises considered the plaintiff prays that this court enter an order granting judgment against the defendants in an amount in excess of that is required for diversity jurisdictions, attorneys fees, and any and all relief this Court deems just and proper.

        F. Mattison Thomas, III
        Attorney at Law
        103 East Main, Suite D
        El Dorado, AR   71730
        Telephone:   870-881-8468
        Facsimile:    870-881-8416

        Steve Joffrion
        Joffrion Law Firm, L.L.C.
        37466 White Road
        Prairieville, LA   70769
        Telephone:   225-673-6159
        Facsimile:    225-673-2106

By: _____
        F. Mattison Thomas, III
        Arkansas Bar No. 2002-07